AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED SOUTHERN DISTRICT OF MISSISSIPPI
FEB 24 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): Circuit Court of Panola County / Tate County | Docket or Case No.: 3:23-CV-138-DPJ-FKB |
| Place of Confinement: MDOC / CMCF | Prisoner No.: L8046 |
| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |

v.

Tate Panola County Mississippi / MDOC

The Attorney General of the State of: _____

**PETITION**

Docket or case CR2021 81 JMP1 cause Bench warrant ] of case CR2018 JMP2 count(2)

Sec 12 Applicability of Federal Rules of Civil Procedure Sect 2254 Rule 12

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

They tryed to consist CR2021 81-JMP1 with CR2018 JMP(2) And the D/A threw out the Arresting (case)

Panola County Jail Falsely Arrested me 9-1-2021 since then I been unlawful held in jail/MDOC custody and the Arresting case got (RTF) 04-21-2022

(b) Criminal docket or case number (if you know): (See Parker V State 2013) CR 2021 81 JMP1 / CR 2018 JMP2

2. (a) Date of the judgment of conviction (if you know): 04-21-2022

(b) Date of sentencing: 4-7-2022 The case got RTF but gave me 8 unlawful years 4-21-22

3. Length of sentence: The 8 years Revocation of Probation is unlawful

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No Release under 99-19-29 and see 99-17-34

Motion to Vacate Unlawful Revocations

5. Identify all crimes of which you were convicted and sentenced in this case: Listen courts I have See Miller V State (2004) did all state Remedies I have wrote ARP's I have filed Post Conviction Release I stay in MDOC consist'y Facility And my Post Conviction come up missing and each of my ARP's come up missing that I gives to MDOC IIRP staff me. Odom Block Lady she must not mailing out my legal mail to MS Supreme Court 450 High St Jackson MS 39201

See 2254 Writ of H Corpus

6. (a) What was your plea? (Check one) See Last court date for the Arresting case CR2021-81-JMP1

The case got RTF 04-21-2022 (Reason for this Habeus Corpus) (CR2021 81 JMP1) "I arrest date 04 21 2022 9-1-2021 Held in Jail/MDOC since 9-1-2021 For ARTF case

☒ (1) Not guilty   ☐ (3) Nolo contendere (no contest)
☐ (2) Guilty       ☐ (4) Insanity plea

Page 2 of 16

The Problem started from MDOC / a Rich woman lead to Toto/Penold City Police, And Sheriffs Dept Staff to Judge PD Lawyers / MDOC Probation Officer.

AC 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? **I had asked for an fast and Speedy trail arther the Judge wrote not guilty of case # CR2021 81 JMP 1 that caused Arrest and RTF the case I get a Bench warrant that violated Dubble Jepardy because I already had one Bench warrant I sent out Appeal to MS courts Still**

See Bryant Martin vs STATE of MS 1990

Seek Colloteral RCV RW

(c) If you went to trial, what kind of trial did you have? (Check one) Recived no Anwser been 90 days
☐ Jury   ☑ Judge only   Rule 10 Power of Magistrate Judge
S ct 2254 Rule 10 (2 sections)
(MOTION see 99-19-29)

AMC §§ 99-35-101
99-39-7

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☐ Yes   ☑ No   (COLLATERAL ATTACK) (see Graham vs State 2012) Authorized under 28 USC § 636

ON WRIT OF CERTIORARI

8. Did you appeal from the judgment of conviction? (Uther) (2014)
☑ Yes   ☐ No

47-17-34 / 47-17-37

9. If you did appeal, answer the following: Toto/Penold Courts / MDOC ARPS / and

Section 99-39-27

(a) Name of court: **MS Supreme Court 450 High St Jackson MS**
(b) Docket or case number (if you know): **CR2021 81 JMP 1 caused Arrest 9-1-202**
(c) Result: **NO ANWER in over 90 day violation of MCCP Rule #6**
(d) Date of result (if you know): **I have not got not one respece**
(e) Citation to the case (if you know): **The case got RTF and Penold County Jail did not Release me from Jail**
(f) Grounds raised: **Falsely Arrest 9-1-2021 the Arresting case got RTF leaving me without no pending charges or pending Detainers So MDOC is holding me unjustifiably States in MDOC # 180461 NO Detainers NO pending Felony F or Misdimiers Unlawful Incarceration IN MDOC FOR RTF case which ended 04-2-2022**

See Martin vs State (1990)
Miss Code Ann 99-35-101
See McDonall vs State Miss 1985
Generally Jackson, Cy
So 3d at 730.
The Arresting case CR2021 81 JMP 1 was RTF 04-21-2022
You Honor than

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No   The for that RTF case I get 8y Revoke of Probation

If yes, answer the following: CR20218/JMP1 Arresttting case got Remined to the files
(1) Name of court: 04-21-2022 This my frist time in US District Court
(2) Docket or case number (if you know): **MS Supprem Courts # JM-00004**
(3) Result: **I have not recived no Answer Because MDOC Staff not sending out any my ARP'S**

See they did unlawfully unconstitutional unHuman unGodful
A Bench warrant saying New crime March 6, 2022
That New crime was worte consistly to the Arresttting case # 2021 JMP 1
CR 2021 81 JMP 1. That Arresttting case was the redson for the Bench warron

(Page 3 of 16) 81 JMP

AO 241 (Rev. 09/17)

Motion for Rule 6 Evidentiary Hearing Sect 2254 rule 8 "(Rule 28 USC §636(b) 5) motion for Appointing Counsel see 18 USC§3006A)

See 99-39-5(1),15 Code 1972 Annotated

(4) Date of result (if you know): 04-21-2022 (RTF) Arresting case

(5) Citation to the case (if you know): CR2021 81 JMP 1

(6) Grounds raised: ilegally Sentencing due to the fact Miss Code Ann. 47-17-8/4 State not to exceeds 5years 8years is an Constitutional erro Due Process of law

Speedy Trial Act to the erro Bench warrant

4th 5th 6th 8th 14th Amee

Rule 6 Discovery SCCT 2254 Rule 6

(h) Did you file a petition for certiorari in the United States Supreme Court? ☑ Yes ☐ No

If yes, answer the following: See Discovery Lawes did not press any property damges or destorying damges at no Amount of money sent to not press charges

Grounds ProSe 2254 USC 2255 (Rule 48 Fed Cir P R)

(1) Docket or case number (if you know): CR2021 81 JMP 1

(2) Result: I did not get no answer but 2 time said that Panola County Jail did not mail the Post conviction release

(3) Date of result (if you know): CR2021 81 JMP 1

(4) Citation to the case (if you know): Johnson V. State 925 So 2d 86 (2006)

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☐ No

Rule Governing §2254 (See McDaniel v state) 1978

See 99-39-7 filed Appeal 99-39-25 Double Jeopardy See Bell v State 2021 95 So 3d 760 Medical Condition Category Note (1)A (CDC) Covid-19 18 USC 3582 USSG 1B1.13 United State v Brunston Reconsideration Compassionate Release

11. If your answer to Question 10 was "Yes," give the following information: (see 18 U.S.C § 3006A Amended Apr 26 2004)

(a) (1) Name of court: Tate/Panola Circuit Courts  "I sought APP Circuit Court And Supreme Court Release And All State Remidu

See Johnson v state 1981

(2) Docket or case number (if you know): CR2021 81 JMP 1

(3) Date of filing (if you know): Feb 3, 2022

(4) Nature of the proceeding: The whole case got RTF see DA

(5) Grounds raised: This what I am saying I am in MDOC Stated Reason Probation violation And over the maximum Authorised by law 47-17-34 The this my First Revocation post the 90 day see House Bill 906 which I suppose got 90 day TVC I been in Jail unlawfully un Civil un Human un Constitutional Since 9-1-2021 past 90 days and the Ilegally sentending pass MCA 47-7-34 limitations

See Bd of Trs of State Insts of Higher Learing v Ray (2012)

Circuit Court Judge Did Erro See 47-17-

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes ☐ No

Been verified by MS State Law 47-17-34 MCA 8years Revoke of Probation is post the maximum Authorized by law

(7) Result: I did rasied evidence Act of Probation 4004-24 MS Probation Act not to Exceed 5 years (Motion to vacate The ilegal Sentencing) United State v Odle Covid-19

AO 241 (Rev. 09/17)

*Motion Rule 5 The Answer and Reply Sect 2254 Rule 5 Addressing the Allegations; Stating Bar 47-7-37*

(8) Date of result (if you know): See for the arresting case got RTF 90 days TVC

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Tate/Panola Circuit Court

(2) Docket or case number (if you know): CR2021 81 JMP 1 / CR2018 JMP 2

(3) Date of filing (if you know): April 7 2022  count 1 dropped in indictment

(4) Nature of the proceeding: case I got arrested for got RTF

(5) Grounds raised: Motion for an reversible and remain unlawful Held in MDOC for Revocation) First Hearing for an RTF case CR 2021 81 JMP 1) Federal Courts MDOC /Panola County Jail Staff been stealing my ARP's and my legal mail Stating Due Process of law Fast and Speedy Trail see Miss Code Ann 47-7-34 see Johnson v State So 2d 86 (2006)

*NOTICE NO AIM Robbery Took Place that case Arrest 9-1-2021 So the DA Judges RTF The Arresting case CR2021/81 JMP 1 04-07-2022 7 month in Jail Unlawful Prosecutor Filed a Erro Bench Warrant with a Hearing more Than 21 days See 47-7-37 Author in Custody MDOC police and probation law only 21 if not Days off see (Speedy Trail Act)*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No   *No Answer or Reply from MDOC or Miss Su Courts  State Remedies*

(7) Result: The Post Conviction was stallen

(8) Date of result (if you know): April 7, 2022 Appeal Date April 12, 2022

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: MS Supreme Courts Tate/Panola C Court

(2) Docket or case number (if you know): CR2021 81 JMP 1 / CR2018 JMP 2

(3) Date of filing (if you know): They did not response

(4) Nature of the proceeding: Post Conviction I filed

(5) Grounds raised: Writ of Certiorari Johnson v State 925 So 2d 86 (2006) violation of Miss Code Ann 47-7-34 giving me more the MS State law limitation past the maximum Authorized by state/Federal law & by law) "Due Process" of law so I did file Ann 99-39-1 McDonald v State (1985) under Miss Code Ann 99-39-27 Appeal see Rule 7.02 B/c the Courts of Circuit did violate State and Federal law motion under unlawful Held in MDOC for Malicious Mischief which no property was damage or destroyed See 8-31-2018 statement of Lowes Staff located Batesville MS #6 Hwy 6 ect

Page 5 of 16

AO 241 (Rev. 09/17)

*Correct amount time case arresting date 09-1-2021*
*See 28 USC 1915 see 28 USC 2244 Judge order 09-21-202_*
*Amended Apr 26 2004 eff Dec 1 2004*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☐ No   *I Filed Post conviction (Arrest case dismissed)*

*Motion under Newly Discovered Evidence 99-39-5(1) Witherspoon V State 767 So 2d 1065 (Miss. 2000) See Williams V State (1996)*

(7) Result: *Ann Section 99-39-1 see Berry V State 722 (1998)*

(8) Date of result (if you know): *NO ANSWER*
*I filed Each listed Grounds P.F. Release written here*

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion? *They Treated me differently b/c of Race   The Petition stated to Revoke Post Release Supervision Judge Jimmy McClure case say Jams McClure Many Constitutional Errors*

(1) First petition: ☑ Yes ☐ No
(2) Second petition: ☐ Yes ☐ No
(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: *The Claims relies on*
*I tryed MDOC Administrative Remedies also MS Post Conviction Release Still no Answer  [2254 State Custody remedies in fed crd courts 28 USCA §2254]*

*Credits for minded 2000 Motion for relief grounds 99-39-5*

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum. *28 USC §1746*
*Money payment   I will to pay for Petition see  fill in cost to MDOC Account or a fine*

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: *Johnson V State 925 So 2d 86 (2006)   (motion to reinstate probation)*
*Affirmed and Reversed in parts*

*See Avery V State 2007*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*Unlawful Held in MDOC for one Lowes Store did not press any property damages charges or call 911 or called Dispatch of City of Batesville MS what happen was Confronted witness where Batesville Sheriff Dept Jail staff tryed to Justify by having me in Jail and used a none pressed charges meaning for Malicious Mischief nothing was destroyed or damaged [for workers or labor]*

(b) If you did not exhaust your state remedies on Ground One, explain why: *(see Section 2255)*
*Campbell V State (1999) Trotter V State 1989 (Appealing the case)*
*Bennett V State (2004) length suppose not exceed 90 days TIC*
*Miss Code Annotated 97-7-34 not exceeds 5 years see my sentencing order Rule Governing 2254 The Petition is True Probation Court in Erro and MDOC in Erro The case was RTR see CR202181JMP1 on This Date 04-21-2022  no prop damage by Lowes charge*
*Within a year ago see 1 year to fille Petition under This is not AN Controlled Substance Petition see Section 3006A of title 18*
*see Miss Code Annotated 97-17-67 (1) The_____*

*I was Raced Discriminated Rights First Amendment violation US Constitutional Rights*

AO 241 (Rev. 09/17)

("MY MAIN POINT I didn't commit ANY crimes
that I was Accused Falsely) "2245 motion Writ of habeas corpus
& motion for New Trial and Appeal of

(c) **Direct Appeal of Ground One:** Whole Wrongfully incarceration see Lowes

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No (Statement)
(The Prosecutor spoken cut turn No objection was made)

(2) If you did not raise this issue in your direct appeal, explain why: See Probation And

Her Falsely Testimony  Parole Law Chapter 7 Miss Code Ann 47-7-34
The Maxim amount of time on Post release is (5) years
not shall exceeds 5 years the 8 years
is A Constitutional Erro

(d) **Post-Conviction Proceedings:**

Some woman whom MDOC contracted (with) (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No   See Reason Why unlawful Held in Custody I
got Arrested I was free until 9-1-2021

Find the (2) If your answer to Question (d)(1) is "Yes," state: The Arrest this case was (RTF) (Miss 1985)
Millionair
or Type of motion or petition: I motion 99-39-1 McDonald v State 465 So2d
Billion air
in Totd Name and location of the court where the motion or petition was filed: Supreme Court State v. Real
Panola County
Federal) And Evans v State 1986 still No Answer While held in MDOC
Anyone to Docket or case number (if you know): Supreme Court wrote me said they did not
An
investigation Date of the court's decision: recieve any Post Conviction relief
find out
whom is Result (attach a copy of the court's opinion or order, if available): New Petition 99-39-9
comspring
with 702 Rule of Circuit Court Procedure now need you
Judges
(Motion For AN AII AND ACLU Attention for An Answer 28 USCA 2245 AND
PD Lawyer Reversal and
Probation Remander) (3) Did you receive a hearing on your motion or petition? And No New ☑ Yes ☐ No 28 USCA 224
Officer/MD Crime pending
Procedures (4) Did you appeal from the denial of your motion or petition? or ☑ Yes ☐ No leaving back
Police No Not one Detainer
Officer (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No without
Sheriffs Investigation Prove I done Nothing Justification
Officer (6) If your answer to Question (d)(4) is "Yes," state: See 2244 Findity of determination within
To obstruct Date of Arrest 30 days
Justice Name and location of the court where the appeal was filed: 450 High St Jackson MS 39201 AN
(Motion for AN Answer
Must be a Reversal and Mississippi Supreme Courts Snice April 12, 2022 filling for
Million air Remander)
or Docket or case number (if you know): James M Gardner J-M-00004 Release
Billion
air Date of the court's decision: I have not heard No Answer yet from
Result (attach a copy of the court's opinion or order, if available): I understand MDOC
State of Mississippi Hate to process Legal Fact to custody
Supreme court but also Obstruction of Justice unknown
held
(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: in
See 2247 Documentary Custody
I sent you all the Sentencing Order states Evidence
M Mischief 97-17-67(3) DA Joy Hale wrote
Years of Post release supervision pursuant to section
47-7-34 M.C.A I sent that copie Notice After
D/A Mr Robert Drop the Arresting case this
Benchwarrant cause# CR 2018-148 JMP2

is An Illeddle sentencing post the limitation of Law

AO 241 (Rev. 09/17)

See post the maximum Authorized by Miss Law
United State v Lallante 117 SC 1032 (1997)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: See Bridges v State 2022 99-3423
See Mississippi Probational Act 4004-25 400424
Showing you all I recieved an Illegally sentencing

**GROUND TWO:** motion for AN reveasde and Remain
Because of MS State Erros and Federal erros made

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): IN this case
see 18 U.S.C. § 3661   CR2018JMP (2)
I sent House Bill Passed to prove to you all the First Revocational Hearing supposa be 90 days TVC meaning I am unlawful Held in MDOC custody especial if my arresting case was dropped dismissed and (RTE) on 04-21-2022 see casue # CR2021-81 SMP1 I suppose be in arestitution they god me unlawful Held in MDOC custody After Falsely arrest 9-2-2021 I been unlawful Held in MDOC and Jail custody Due Process of law violation 5th Amendment See USSG 1B1.3,

(b) If you did not exhaust your state remedies on Ground Two, explain why: I did mal at ARP's Adminstrative Remedies since April 28, 2022 still not one answer yet and been over 6 months ago
(See Watts v State (2008)) for civil Right violation I motion for
Help of the ACLU and A 42 USCA 1997
for Juveniles Act of Color
(c) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No
(Treutment of Institution)
(2) If you did not raise this issue in your direct appeal, explain why: I done filed to MS Supreme Courts but Panola County Jail / MDOC staffs have been tampering with my legal mails "y count 1 dropped")

(d) **Post-Conviction Proceedings:**  IN MDOC ARPS (I sent copy of)
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? CR2018JMP 2
☑ Yes  ☐ No     See copies of indictment
plea and judgment duty of
(2) If your answer to Question (d)(1) is "Yes," state:   28 USCA § 2244
Type of motion or petition: All this year I have filed Post Conviction / ARP's
Name and location of the court where the motion or petition was filed: 450 High St Jackson
MS 39201 I even recently filed one this year still no Answer I even ask for copies did not get one
Docket or case number (if you know): copy   James M Gardner J-M-00004

Goldbarg vs.  Motion to over Rule Trial Courts
Kolin     and MDOC unlawful Incarceration
Due Process  Motion for United States Judgments of Illegally Convictic

*[Handwritten margin notes, left side, top to bottom:]* "All I have is me my self And I yall Help me out b/c (it is lawful of the United States Constitution to do so) Enfact I am not mental ill at all!! I used All Administrative Exhaustion but got no results or Any response's

I have no one I can depend on for money housing or Transportation

So Federal Agents my Family Turned their backs on me I have no Family Support Also The Contracted Million or Billion dir Also Turned there backs on me on our Lord Jesuse no one would help me with a $5,000.00 bond or paid Lowyer And I am not Guilty of Arresting case (CR202181 JMP) Commission"

---

Date of the court's decision: **I have not heard not one Anwser**

Result (attach a copy of the court's opinion or order, if available): **See United State v Brown 2020 United State v Poole 4:15CR 40099-KES 2020**

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: **under these motions Motion for 99-39-21 (see**

Name and location of the court where the appeal was filed: **Nix v State (2012) see Thomas v State 70 So (2018)**

Docket or case number (if you know): **Starting with CR202181 JMP1**

Date of the court's decision: **They gave no response at all to me**

Result (attach a copy of the court's opinion or order, if available): **See Miss code 1972 Annotated 47-7-37 (5) After 21 days of arrest they suppose only sentencing me to 90 days IUC**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: **See Walker v State 2017 I have 6,000.00 Euro Fines call Lowes Store #6 West Batesville MS Ask staffs that worked 8-31-2018 was any property damge or destroyed Review my motion of Discover Lowe did not press any charges**

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: **See Thomas v State 2018 Unlawful revocation of Probation for an RTF case The Arresting case was RTF see Miss Ct App (2015) see Strickland v Washington (1984) see Vitelo v State**

GROUND THREE: **99-39-5 (4) Unlawful Revocation of Probations Errorly transfer to MDOC for a RTF arresting case)**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**Unlaw Incarceration See Fluker 17 So 3d at 183 see section 47-7-37(5) I sent copies also See Means v State (2009) 99-39-21 motions Also see motion Bell v State 2021 see Fowler v state 2003 99-39-5 motion for ground of release see 18 USC 3582(c)(1)(A); Reduction take place under 18 USC 3553(a) policy statement consist to 18 USC 3582(c)(1)(A) Sentencing Commission 18 USC 3582)**

AO 241 (Rev. 09/17)

*[Handwritten annotation at top:]* My Family use to be family member tryed to write Address. Stating send money ilegally to them At 6921 compress Rd

**(b) If you did not exhaust your state remedies on Ground Three, explain why:** See Fluker V State 2014 I use this remedy still have not got any release of all Also Vanway V state 2013   28 USC 2254 Rule 6.04 Loy V State  Jackson V state  99-39-11 motion also

*[Left margin:]* That man name James C Pittman I have No Dealing with 662 2091917 cr 662.536 9093  6921 compress Rd

**(c) Direct Appeal of Ground Three:** On Arrest 9-1-2021 case RTF 04-21-2022 still in custody for

**(1) If you appealed from the judgment of conviction, did you raise this issue?** ☑ Yes ☐ No  Erro Bench warrant

**(2) If you did not raise this issue in your direct appeal, explain why:** I am seeking release from MDOC see ther 90 day TUC Law under Miss code Ann 47-7-37(s) motion to be released from MDOC

**(d) Post-Conviction Proceedings:** See    Bench warrant Reason is for the arrestting case

**(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?**
☑ Yes ☐ No   "Case # CR 202181JMP1 RTF Date 04-21 2022"

*[Right margin:]* see 47-7-34 Moving MDOC in 6-19 for a new court orders Crime Bench warrant by MDOC for Violent Roudce now incorcerated 12/20 both time for a Detamer

**(2) If your answer to Question (d)(1) is "Yes," state:**  See 28 USCA 2244

*[Left margin:]* I did not give them any Agreement to mail Any of my Mail or IRS or Social Security Mail to 6921 compress Rd Como MS 38619 he name James C Pittman is breaking the MS State Law and Federal Law to the IRS and my Social

**Type of motion or petition:** 39-9-5   99-39-1   47-7-34

**Name and location of the court where the motion or petition was filed:** 450 High Street Jackson MS 39205  Supreme Courts of Appeals

**Docket or case number (if you know):** J-M-00004  when they said

**Date of the court's decision:** they did not give me an desisions yet

**Result (attach a copy of the court's opinion or order, if available):** I filed to yall b/c I got Due Process of Law Right for Liberty and Freedom And the court RTF The Arrestting case

**(3) Did you receive a hearing on your motion or petition?** Release under 18 USC §§ 3146, 3148  ☐ Yes ☐ No See 18 USC§

**(4) Did you appeal from the denial of your motion or petition?**  See USCA 2242 ☐ Yes ☐ No

**(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?** ☐ Yes ☐ No

**(6) If your answer to Question (d)(4) is "Yes," state:** Recall Laws did not press any property damges or destrument of Revoke April 7 2022 u/awful  property

**Name and location of the court where the appeal was filed:** Supreme Courts Ciriut Courts  8-31-2018  Also MDOC Administrutive Remedy program

**Docket or case number (if you know):** consisty to Arrest 9-1-2021  CR202181JMP1 / CR2018JMP2

**Date of the court's decision:** RTF 04-21-2022 The court did not give me any respust

**Result (attach a copy of the court's opinion or order, if available):** See I have not recieve Any kinds order from Miss Supreme Courts so I filed to you all legislature Branch of Gov to get Justice from Cruel and Unusual Punishments illegal sent 8th Amend  Vindictive I recieve After A case I was Arrest for got (RTF) see case # CR202181JMP1

AO 241 (Rev. 09/17)

I suffer also from Tate/Panola County Sheriffs Civil Right violation Officer Police Burtotles Beating broken Ribs Fox sprays "USE OF FROCE Nearly broken my neck" Shoot with Torza Gun 5 times punch on, Droged Race discrimination

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Mississipp motion 99-39-11 Miss Code Ann 99-39-5(1) Moore V State unlawful Held in Custody see Walker V State 35 So 3d 555 (2010) Miss Code Ann 99-39-23(6) (2014)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: MSO Shine P Panola County Sheriffs ALSO 99-39-23(7) Williams V State (1991)" Wheeler V State 249 So 2d 652 Miss 1971 see 47-7-27(5) 99-39-3 Rev 2007 using Sounders V State (2022) see

**GROUND FOUR:** 99-39-5(1)h Evans State defective indictment Cooper V State (2005) P.D. Lawyer did not Acknowledge Any legally defense to me

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The indictment is non jurisdictional Gray v State (2006) section 47-7-27 violated by Panola/Tate County Jurdictional) Officer members see Walters 21 So 3d at 1169-70/Morgan 995 780 see Neal v State 525 So d (1987) 99-39-23 proof and Affidavits passed 32067 Mar (2015) Rule 6 motion for a reply for 30 days see United State v LaBonte 117 S.C 1032 (1997) None violence Property damage replacement price conviction

(b) If you did not exhaust your state remedies on Ground Four, explain why: Yes I done PCR I did Post Conviction Release No Answer yet been over 6 month since April 12, 2022 ALSO Now this case #CK20218TMP1 caused arrest and got RTF mean what I got put in hand cuffs tooken to Jail got RTF)

(c) **Direct Appeal of Ground Four:** MANY CONSTITUTION Violation
 (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No
 How can A Bench warrant get to be
 (2) If you did not raise this issue in your direct appeal, explain why: Due Process of Law (8 year Revoke) violation Due to the fact the Arresting case got (RTF) And the Bench warrant say new crimes I have No New Crimes or No Detainers
(d) **Post-Conviction Proceedings:** new crimes is without Justification
 (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
 ☑ Yes ☐ No (See 47-7-37 Rev 2015)
 (2) If your answer to Question (d)(1) is "Yes," state: Errors Made by Melissa M. Phelps
 Type of motion or petition: I have not heard any report yet form Circuit court or MS Supreme Courts

Left margin: See Miss Code Ann 47-7-37 Probation Ricky Tuc Jr First Hearing

Right margin: (See 47-7-34 MLA not to exceeds 5 years) (See 47-7-34 MLA Not to exceed 5 years)

Bottom: I done filed 20 APPLs And 4 Post/conviction Relief for Still No Answer from THEM

Page 11 of 16

AO 241 (Rev. 09/17)

*This is A situation is life threathing MDOC knows the problem Medically Mal Pratice*

Name and location of the court where the motion or petition was filed: 1st the Post Conviction Release and the 90 day TVC stating illegally sentencing

Docket or case number (if you know): CR202181JMP1 was RTF 04-21-2022

*Yes I have zero Finncially support NO Family Federal Argent I need you All To order A FAST Prenstly visit to me I Need urgently Help Seems to be Actually Attemp Murder that is why they sent me Here/ MDOC on 04-28-2022*

Date of the court's decision: They have not gave me Any Appeal Notification

Result (attach a copy of the court's opinion or order, if available): NO Answers within 30 days from Petition to Circuit Courts no Answers for Administrative Remedies And no Answer from MS Supreme Courts

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No
NO Friend No wife girl friend or woman Single on my own 37 years old *I request work Release also*

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: Reversal and vocate Judgements

Name and location of the court where the appeal was filed: Tate/Panola C. Courts to James and Jimmy McClure and Smith Murry to Appeal conviction

Docket or case number (if you know): The Arresting case is CR202181JMP1

Date of the court's decision: The Court gave me a fine and 10 years ilegolly Sentence

Result (attach a copy of the court's opinion or order, if available): My Publice Defender Attoney C. Nick Smith knew that he gave me false representation he knowning perswode me to signing A plea to a none property damge case # CR2018 JMP(2)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
see M.C.A 47-17-37
Substantive due process errory procedures Justice Clarence Thomas the Forthteenth Amenth Amendment unfairness under stand they tryed to keep a secret of Miss Code Ann 47-7-34 and the 90days TVC policy and Probational Revocational Law Chapter 7 violation of Federal Constitution the Panola/Tate County *Juridictional states and officer members*

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: I did try to use Administrative And State exhaustians After the 5th Amendment violation liberty and property deprived Barron v City of Baltimore 1888 However Chicago Burlington & Quincy Railroad Company City of Chicago (1897) Twentieth Twentfith Century "No" Supreme Courts decisian have been within 30 day so I filed this Release demonstrate by reasonable probability the petitioner claims the sentence is Unconstitutional and my probation will be revoked MCA 99-39-5

Page 12 of 16

AO 241 (Rev. 09/17)

[Margin top:] James C Pittman need to Trace all his call from 2018 until today at (662-209-1917) once yall close yall will identify whom the million dir or Billiondir are

[Right margin top:] Unlawful Actions The RTF Arresting case CR20218JMP1 did case 8 years Revoke Bench warrant AO violation of Speedy Trial Act 1974

[Left margin:] They are not me and do not consist to me at all! Listen NO ONE have sent me 1$ but still look at the Purpose is to pay a fine not do 10years in MDOC money from IRS/ Social Security Administration James C Pittman Actually Robb the IRS Theft of Identity Put Life Lock Civ 4251 53-3196 05/31/1985 They are Stealing From the IRS

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Effective assistance of Counsel constitutional erro Lockett v Puckett SDMiss 1997 motion for an reversable errors and a vocation of illegally misrepersentation

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: James C Pittman compried also to put "me in MDOC" I wrote each down in this petition I persented that my whole case consist to property replacement or repair the property my Public Defender Attorney said nothing to me about I could bought new Lowes Trailers I should have respersented my self

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. Other Gov of Release where MS Supreme Courts See Bridges V State 2022 seeked Collateral Release 99-39-23 see Smith v State 2013 The Turth is I did not damge or destory no Lowes Store property on 8-31-2018 However this case came in when Speedy Trial Right got denied to Case# 202181JMP1 that got RTF 04-21-2022 After been Unlawful Held in Panola Shieff Rept Jail They bring up a Erroly Bench warrant for the arrestling and

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☑ Yes ☐ No Tate/Panola Circuit Courts/MDOC RTF (case) App Amdistratr

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. I remembr Supreme Courts said J-M-00004 that the did not recieve any Post Conviction Release from Panola County Jail and I filed and filed ARP's to MDOC and another Post Conviction since April 28, 2022 still since then I recieved no kind respose so I filed this to yall for Due Process Constitutional Rights to Legislature Justice and freedom b/c MDOC here not sent no ARPS to Legally officer member of my PCR to Supreme Courts

[Right margin:] Ask Secrety of MDOC 6921 Cmpress Rd Cmo 38619

AO 241 (Rev. 09/17)

*These million air and Billion airs paid Tate/Panola County Officer members Staffs to Obstruct Justice And break State Federal Laws And Amendment*

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Arresting Date 09-1-2021
Preliminary Hearing 09-28-2021

(b) At arraignment and plea: I did not plea guilty I Pleded NOT Guilty The CR2018 JMP2 was Involuntarily not with

(c) At trial: No fast or Speedy Trail was giving Case # CR2021 81 JMP2 got RTF

(d) At sentencing: on March 6 2022 An filed Bench warrant Revoke Probation 8 years for an RTF case

(e) On appeal: I filed one to Tate/Panola Circuit Courts one to Mississippi Supreme Courts

(f) In any post-conviction proceeding: Yes I filed April 12, 2022 At Panola County Jail And Another April 29, 2022

(g) On appeal from any ruling against you in a post-conviction proceeding: I heard no responses from any Past conviction 99-39-1 99-39-5 (1) Appealing CR2018 JMP2 count 2 count 1 got dropped by D/A James Hale

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☐ No  MOTION TO Be Released from MDOC Custody

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: The whole Sentencing is illegally violation of Miss Code Ann 47-17-34 And Miss Code Ann 47-17-37

(b) Give the date the other sentence was imposed: April 7, 2022 Unconstitutional

(c) Give the length of the other sentence: 8 years for Revocation of Probation

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No  USC 2244 Very unfair evacuees got 90 day TVC under 47-17-37 M.C.A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I am filling to you all I got arrested 9-1-2021 the case CR2021 81 JMP2 got RTF 04-21-2022 by Panola/Tate County DA Judges and Procurters And for An RTF case I got an Bench warrant Here in MDOC unlawfully stating Probation Revoke 8 years for new crimes and Each new crime got (RTF) "Hungery Strays do not fill Hung (Cruel) and Unusal Punishments (Stravied til Breakfest from Dinner time)" First Hear ACT of Color

*Since 9-1-2021 Date of Arrest I made no Conteen not 1$ no Hygeines no food And Panola/ Tate County tryed To make me Suffer like this for 8 years this Unhuman Treatment Very Unfair*

AO 241 (Rev. 09/17)

(Race) Discriminations STILL lock up Arresting case got (RTF)
Goldberg See Mathews V Eldridge Removed to the state
Mississippi Code Annotated 41-29-147 Supp 1979 Files 4-21-20/22
Defective Indictment Benedetti v State 1971
See Branning v State 224 So 2d 579 Miss (1969)
see 28 U.S.C § 636 Fed R CivP 72(b) Douglas v United States
Services Automobile Association 79 F 3d 1415 1428 29 5th
Cir (1996) Strickland Claim See Robertson v State 169 So
3d 910 913 ¶ 9) Miss Ct App 2014 citing src Presley v Epps 2007 see
Sentencing Violation Under Section 47-7-37                Moore v State
                                                          584 So 2d
See Walker v State 230 So 709 715 ¶ 19 Miss ct App 2016  1193 1196
Gagnon 411 U.S at 786 93 SCt (1756) Fluker v State       Miss 1991
170 So 3d 471 475 ¶ 11) Miss 2015 see now Morgan v State  providing
995 So 2d 787 790 ¶ 18) Miss Ct App 2008 not a 90day TVC  MSCode
                                                          Ann 99-39-
I ensure Meaning Time Served already Unlawfull Held in MDOC  23(7)
you      especially when Laws State Statues more than two witness Reinstate-
All      did not Press any Property Damages Charges James McGardner ment of
Truthfulness vs State Mississippi 8-31-2018 illegal sentencing Judge James or parole/
100%     Jimmy Sentencing order showing two names Gagnon was not met probation
Honestly see Factor 3553 compassionated Release see House Bill Passed Chapter
filling  2022 Regular Session HB 906 see 99-39-5(4) UP CORA see 47-7-27  7 Law
This     see Gagnon v Scarpelli 411 U S 778 93 SCt 1756 36 LE d 2d 656 (1973)
Release  Due Process Circumstance of Freedom & Justice
From
MDOC
Custody

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in
part that: (See Cooper v State) See How A Obstruction of Justice by
         1994                      Total Pando County Jurdictional Staffs

See
Williams  (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in MDOC
V         custody pursuant to the judgment of a State court. The limitation period shall run from the latest of – Staffs
Costillo
585 burden (A) the date on which the judgment became final by the conclusion of direct review or the expiration See
of proof Also    of the time for seeking such review;
See                                                                                                              U.S.S.G
Wheeler v State (B) the date on which the impediment to filing an application created by State action in violation of 3C1.1
1971 see          the Constitution or laws of the United States is removed, if the applicant was prevented from
(Evans v State)   filing by such state action;                                                                    Each are in
2006                                                                                                              A
          (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court,
              if the right has been newly recognized by the Supreme Court and made retroactively applicable to   Unlawful
              cases on collateral review; or                                                                      Uncivil
          (D) the date on which the factual predicate of the claim or claims presented could have been           Un Human
They Lockmeup for          discovered through the exercise of due diligence. The made Plan to     Unconstitutional
case # CR2021 81 JMM 1 then           knowingly/         Acts of Obstructed
The case caused A Benchwarrant        willfully to-wit            or impeded Justice
#5 and Benchwarrant #                 The D/A The P.D Lawyers
And the case that caused two          The Judges The Police Dept      Page 15 of 16
Benchwarrant was RTF                  The Sheriffs Dept the
                                      Total Pando County Dective And Investigators
                                      The Prosecutors And unlawful sentencing Also

AO 241 (Rev. 09/17)

*Federal Argent, I need contact with you All immeatedy, urgent E*

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Rlouse me from MDOC Custody See CR2018 JMP2 was A property damge casuse that no property was damaged or destoryed*

or any other relief to which petitioner may be entitled.

*with in 30 days Anwer do Applies Rue #6 C.P.CHR*

*Seeking Congress Help*
*United States District Courts  Respectfully Submitted  Date of our Lord 2023*

_Self Repersentation_  _James M Gardner_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **1-1-2023** (month, date, year).

*Unlawful Unconstutionally Held in MDOC B/C I was Free until Arrest DATE of our LORD 9-1-2021 FOR False Accusation Falsely Arrested*

Executed (signed) on **1-1-2023** (date).

*ON A Rail Road Case B/c of Race need ACLU Attention And New on TV Help to B  This case So Miss C  12 now in Jackson be Notice filed Erro unlawful unconstitu Held in Custody B/c case I got Arrsted for got RTF Have no more Detainees*

*Send me Copies of The front and back pages to presernt To other Branches of Gov*

_James M Gardner_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

*See MS Code 47-7-34 I have no Family Relationship no Parnents or Gardvinas All I have is me my self and I Additionally I am not Mental ill dumb or insane I got a criminology educations*

*See the Confusion Start An legally problem MDOC not Processing ARP's Aministrative Remedies And MDOC Stokis been Acknowledging to Legal mail to get paid by A Billiondir or Milliondir I keep me in MDOC for 8 unlawful years montory*

*The redson are Attemp murder very Seriusly Matter*